STATE OF NEW JERSEY v. JOHN BURKS.

February 22, 1983.

Petition for certification denied.

IN THE MATTER OF EDWARD F. MEARA, III.

February 22, 1983.

Certification is granted and the judgment of the Superior Court, Appellate Division, is summarily reversed and the matter is remanded to the Department of Law & Public Safety, Division of Motor Vehicles for further proceedings. See *In the Matter of Kallen*, 92 *N.J.* 14 (1983).

IN THE MATTER OF THE PENSION STATUS OF DETECTIVE DOES.

February 22, 1983.

Petition for certification denied.

IN THE MATTER OF JUDGES OF PASSAIC COUNTY, LOCAL 153, OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, COUNCIL # 3, NEW JERSEY CIVIL SERVICE ASSOCIATION, PASSAIC COUNTY CLERKS ASSOCIATION AND COUNTY OF PASSAIC.

February 23, 1983.

Certification to the Public Employees Relations Commission is granted.